# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## ROCHESTER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CRAIG EUGINE COMPTON | § | Case No. 11-21304 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/30/2011. The undersigned trustee was appointed on 06/30/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $       3,400.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 150.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $       3,250.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/07/2011 and the deadline for filing governmental claims was 12/27/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 850.00, for a total compensation of $ 850.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 23.51, for total expenses of $ 23.51 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2013        By: /s/KENNETH W. GORDON
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Case No: 11-21304 PRW  Judge: Paul R. Warren  Trustee Name: KENNETH W. GORDON
Case Name: CRAIG EUGINE COMPTON
For Period Ending: 12/16/13
Date Filed (f) or Converted (c): 06/30/11 (f)
341(a) Meeting Date: 08/02/11
Claims Bar Date: 11/07/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtors Cash | 10.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America PO Box 25118 Tampa, Fl 33622-5118 Account # | 76.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America PO Box 25118 Tampa, Fl 33622-5118 Account # | 9.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America PO Box 25118 Tampa, Fl 33622-5118 Acct. # xx | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America PO Box 25118 Tampa, Fl 33622-5118 Account # | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of America PO Box 25118 Tampa, Fl 33622-5118 Account # | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Northwest Savings Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Debtor lives in house already furnished, CD player, ipod , k | 220.00 | 220.00 | | 0.00 | FA |
| 9 | various books, photos, cds & dvds | 60.00 | 60.00 | | 0.00 | FA |
| 10 | 8 pairs of Jeans , 20 shirts, 5 pairs of shorts, 2 pairs of | 120.00 | 120.00 | | 0.00 | FA |
| 11 | watch | 25.00 | 0.00 | | 0.00 | FA |
| 12 | 1 Pellet gun | 50.00 | 50.00 | | 0.00 | FA |
| 13 | VanGuard | 62.71 | 62.71 | | 0.00 | FA |
| 14 | MetLife Policy # xxx-8508 400 Meridian Centre Suite 101 Roc | 300,000.00 | 0.00 | | 0.00 | FA |
| 15 | Cell phone & earpiece | 50.00 | 50.00 | | 0.00 | FA |
| 16 | Possible preference paid to debtor's Grandma (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 17 | 2011 TAX REFUNDS (u) | 0.00 | 2,237.83 | | 1,400.00 | 837.83 |
| TOTALS (Excluding Unknown Values) | | $300,682.71 | $4,800.54 | | $3,400.00 | Gross Value of Remaining Assets $837.83 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:       11-21304        PRW       Judge: Paul R. Warren          Trustee Name:                              KENNETH W. GORDON
Case Name:     CRAIG EUGINE COMPTON                                     Date Filed (f) or Converted (c):           06/30/11 (f)
                                                                        341(a) Meeting Date:                       08/02/11
For Period Ending: 12/16/13                                             Claims Bar Date:                           11/07/11

RE PROP #   3   --   Acct closed
RE PROP #   4   --   Acct closed
RE PROP #   5   --   Acct closed
RE PROP #   6   --   Acct closed
RE PROP #   7   --   Acct closed

Initial Projected Date of Final Report (TFR): 06/30/12         Current Projected Date of Final Report (TFR): 03/30/14

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-21304
Case Name: CRAIG EUGINE COMPTON
Taxpayer ID No: XX-XXX8261
For Period Ending: 12/16/13

Trustee Name: KENNETH W. GORDON
Bank Name: Capital One
Account Number/CD#: XXXXXX8704 - Checking Account
Blanket Bond (per case limit): $21,431,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/24/12 | 16 | HOLTZBERG LAW FIRM | Payment | 1241-000 | 2,000.00 | | 2,000.00 |
| 12/19/12 | | Transfer to Acct#XXXXXX3062 | Transfer of Funds | 9999-000 | | 2,000.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,000.00 | 2,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,000.00 | |
| Subtotal | 2,000.00 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 2,000.00 | 0.00 | |

Page Subtotals  2,000.00  2,000.00

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-21304
Case Name: CRAIG EUGINE COMPTON
Taxpayer ID No: XX-XXX8261
For Period Ending: 12/16/13

Trustee Name: KENNETH W. GORDON
Bank Name: Union Bank
Account Number/CD#: XXXXXX3062 - Checking Account
Blanket Bond (per case limit): $21,431,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/12 | | Transfer from Acct#XXXXXX8704 | Transfer of Funds | 9999-000 | 2,000.00 | | 2,000.00 |
| 02/22/13 | 17 | HOLTZBERG LAW FIRM | payment | 1224-000 | 1,000.00 | | 3,000.00 |
| 02/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 2,985.00 |
| 03/20/13 | 17 | HOLTZBERG LAW FIRM | payment | 1224-000 | 300.00 | | 3,285.00 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,270.00 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,255.00 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,240.00 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,225.00 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,210.00 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,195.00 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,180.00 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,165.00 |
| 10/28/13 | 17 | CRAIG COMPTON | Payment | 1224-000 | 100.00 | | 3,265.00 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 3,250.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,400.00 | 150.00 | 3,250.00 |
| Less: Bank Transfers/CD's | 2,000.00 | 0.00 | |
| Subtotal | 1,400.00 | 150.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 1,400.00 | 150.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - XXXXXX8704 | 2,000.00 | 0.00 | 0.00 |
| Checking Account - XXXXXX3062 | 1,400.00 | 150.00 | 3,250.00 |
| | 3,400.00 | 150.00 | 3,250.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 3,400.00
Total Gross Receipts: 3,400.00

Page Subtotals   3,400.00   150.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER X

Case Number: 11-21304  
Debtor Name: COMPTON, CRAIG EUGINE  
Claims Bar Date: 11/07/11  

Date: December 16, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed | Total Balance |
|---|---|---|---|---|---|---|---|
| 100 2100 | KENNETH W. GORDON 1039 MONROE AVE ROCHESTER NY 14620 | Administrative | | $0.00 | $850.00 | $850.00 | $850.00 |
| 100 2200 | KENNETH W. GORDON 1039 MONROE AVE ROCHESTER NY 14620 | Administrative | | $0.00 | $23.51 | $23.51 | $23.51 |
| 1 300 7100 | Strong Health 601 Elmwood Ave. P.O. Box 320 Rochester, NY 14642 | Unsecured | | $0.00 | $40.00 | $40.00 | $40.00 |
| 2 300 7100 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured | HSBC card services | $0.00 | $725.79 | $725.79 | $725.79 |
| 3 300 7100 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured | Verizon wireless | $0.00 | $220.80 | $220.80 | $220.80 |
| 4 300 7100 | Asset Acceptance LLC P.O. Box 2036 Warren, MI 48090-2036 | Unsecured | Victoria's Secret | $0.00 | $921.92 | $921.92 | $921.92 |
| 5 300 7100 | Asset Acceptance LLC P.O. Box 2036 Warren, MI 48090-2036 | Unsecured | Newport News | $0.00 | $879.83 | $879.83 | $879.83 |
| 6 300 7100 | Asset Acceptance LLC P.O. Box 2036 Warren, MI 48090-2036 | Unsecured | NY & Co. / World Financial | $0.00 | $623.94 | $623.94 | $623.94 |
| 7 300 7100 | HSBC Bank Nevada, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | Unsecured | HP shopping | $0.00 | $302.82 | $302.82 | $302.82 |
| 8 300 7100 | SPRINT NEXTEL DISTRIBUTIONS Attn Bankruptcy Dept PO Box 3326 Englewood, CO 80155-3326 | Unsecured | | $0.00 | $431.13 | $431.13 | $431.13 |
| 9 350 7200 | Ford Motor Credit Co. Rubin & Rothman 1787 Veterans Memorial Highway Islandia, NY 11749 | Unsecured | Filed late | $0.00 | $12,945.02 | $12,945.02 | $12,945.02 |
| | Case Totals | | | $0.00 | $17,964.76 | $17,964.76 | $17,964.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

| Claim Summary: | Claimed | Allowed | Proposed | Paid to Date | Percentage |
|---|---|---|---|---|---|
| Administrative Claims: | $873.51 | $873.51 | $873.51 | $0.00 | 100.00% |
| Priority Claims: | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| Unsecured Claims: | $17,091.25 | $17,091.25 | $2,376.49 | $0.00 | 13.90% |
| Secured Claims: | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| Non-compensable Claims: | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21304
Case Name: CRAIG EUGINE COMPTON
Trustee Name: KENNETH W. GORDON

Balance on hand $ 3,250.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KENNETH W. GORDON | $ 850.00 | $ 0.00 | $ 850.00 |
| Trustee Expenses: KENNETH W. GORDON | $ 23.51 | $ 0.00 | $ 23.51 |

Total to be paid for chapter 7 administrative expenses $ 873.51

Remaining Balance $ 2,376.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,146.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Strong Health | $ 40.00 | $ 0.00 | $ 22.93 |
| 2 | Midland Credit Management, Inc. | $ 725.79 | $ 0.00 | $ 416.00 |
| 3 | Midland Credit Management, Inc. | $ 220.80 | $ 0.00 | $ 126.56 |
| 4 | Asset Acceptance LLC | $ 921.92 | $ 0.00 | $ 528.42 |
| 5 | Asset Acceptance LLC | $ 879.83 | $ 0.00 | $ 504.29 |
| 6 | Asset Acceptance LLC | $ 623.94 | $ 0.00 | $ 357.62 |
| 7 | HSBC Bank Nevada, N.A. | $ 302.82 | $ 0.00 | $ 173.57 |
| 8 | SPRINT NEXTEL DISTRIBUTIONS | $ 431.13 | $ 0.00 | $ 247.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,376.49 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 12,945.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Ford Motor Credit Co. | $ 12,945.02 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE